# UNITED STATES DISTRICT COURT

## District of Minnesota

Ihor Dzydz

Petitioner(s),

v.

Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00351-JMB-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Ihor D. from custody **in Minnesota** immediately, and in any event on or before 5:00 p.m. CT on January 20, 2026.

2. On or before 11:00 a.m. CT on January 21, 2026, Respondents shall provide the Court with a status update affirming that Petitioner was released from custody in accordance with this Order.

3. Ihor D. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

4. As to other forms of relief requested, the Petition is DENIED.

5. **Petitioner's Motion to Amend (Doc. No. 5) is GRANTED.**

Date: 1/20/2026

KATE M. FOGARTY, CLERK